UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HARVEY J. KESNER,

                              Plaintiff,                  20 Civ. 3454 (PAE)

                    -v-

                                                            ORDER

BARRON'S, INC., et al.,

                              Defendant.

---

PAUL A. ENGELMAYER, District Judge:

      The Court recently received this case from the Southern District of Florida. Dkt. 44. The parties are ordered to submit a joint letter, not to exceed three pages in length, by May 12, 2020, addressing the following topics in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) the history of the case, the current status of discovery, and the schedule that had been by the Southern District of Florida; (3) any contemplated motions; and (4) the prospect for settlement. Also by May 12, 2020, the parties are to submit a proposed Civil Case Management Plan and Scheduling Order, available at https://nysd.uscourts.gov/hon-paul-engelmayer.

      SO ORDERED.

                                                                   *Paul A. Engelmayer*
                                                                _____
                                                                 PAUL A. ENGELMAYER
                                                                United States District Judge

Dated: May 5, 2020
         New York, New York