UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HARVEY J. KESNER,

                 Petitioner,

            -v-

BARRON'S, INC., et al.,

                 Respondents.

20 Civ. 3454 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received and reviewed the parties' joint letter, Dkt. 84, and proposed case management plan, Dkt. 85. Counsel are directed to appear for a conference May 21, 2020 at 2 p.m. Due to the current public health situation, that conference will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with Chambers.

    SO ORDERED.

                                               *Paul A. Engelmayer*
                                               PAUL A. ENGELMAYER
                                               United States District Judge

Dated: May 15, 2020
        New York, New York