# BG Law

**BUSCHEL GIBBONS, P.A.**
Attorneys
One Financial Plaza
100 S.E. Third Avenue. • Suite 1300
Fort Lauderdale, FL 33394
954-530-5301

Robert C. Buschel
*Attorney at Law*
Buschel@BGlaw-pa.com
Direct Line: (954) 530-5748

June 3, 2020

Hon. Paul Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
VIA ECF

**RE:** Kesner v. Barron's, Inc. and Terri Buhl – temporary *pro hac* admission
1:20-cv-03454-PAE

Dear Judge Engelmayer:

This case was transferred from the Southern District of Florida to the Southern District of New York.

At the phone hearing of May 21, 2020, the Court advised that counsel could write this letter to the Court seeking temporary *pro hac vice* status until the necessary certifications from the Supreme Courts of Florida and California are delivered to counsel.

I have been admitted pro hac in this district in the past. *See Kesner v. Baker Botts*, 1:20-cv-0051-AKH and *Democratic National Committee v. The Russian Federation et. al.*, 1:18-cv-03501-JGK.

I respectfully request the Court grant me temporary *pro hac vice* status until such time that I can formally present my motion, declaration, and certificates of good standing to the Court.

Sincerely,

/s/ *Robert Buschel*
Robert C. Buschel, Esq.

cc: Counsel of Record (via CM/ECF)