UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
:
HARVEY J. KESNER :
:
    Plaintiff, :
:
v. : Case 1:20-cv-03454-PAE
:
:
DOW JONES & COMPANY, INC. :
    d/b/a BARRON'S *et al* :
:
    Defendants. :
                                                     x

# MOTION FOR ADMISSION PRO HAC VICE
# OF STEVEN S. BISS, ESQUIRE

      Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff HARVEY J. KESNER in the above-captioned action.

      I am a member in good standing of the Bar of the Commonwealth of Virginia, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been disbarred or denied admission or readmission by any court.

      Attached as *Exhibit "A"* is a Certificate of Good Standing issued by the Virginia State Bar.

      Attached as *Exhibit "B"* is my Affidavit pursuant to Local Rule 1.3.

      Attached as *Exhibit "C"* is the text of a proposed Order.

1

WHEREFORE, for the reasons stated above, I respectfully move the Court to grant this motion.

DATED:    June 30, 2020

*/s/ Steven S. Biss*
STEVEN S. BISS, ESQUIRE
Virginia State Bar No. 32972
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:    (804) 501-8272
Facsimile:    (202) 318-4098
Email:        **stevenbiss@earthlink.net**
