# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **STEVEN SCOTT BISS** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. **BISS** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **SEPTEMBER 30, 1991**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

*Issued June 23, 2020*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER