UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HARVEY J. KESNER,

                          Petitioner,                20 Civ. 3454 (PAE)

                -v-

                                                      ORDER

BARRON'S, INC., et al.,

                          Respondents.

---

PAUL A. ENGELMAYER, District Judge:

       The Court will hold oral argument in this case on Monday, October 19, 2020 at 10:30 a.m., on the pending motions to dismiss. *See* Dkts. 43, 104. This argument will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with Chambers.

       SO ORDERED.

                                                               *Paul A. Engelmayer*
                                                              PAUL A. ENGELMAYER
                                                              United States District Judge

Dated: September 28, 2020
         New York, New York