UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HARVEY J. KESNER,

                                      Plaintiff,                    20 Civ. 3454 (PAE)

                -v-

DOW JONES & COMPANY, INC. d/b/a BARRON'S,                ORDER
WILLIAM ALPERT, and
TERI BUHL,

                                      Defendants.

---

PAUL A. ENGELMAYER, District Judge:

        The Court has scheduled argument on the pending motions to dismiss, Dkts. 43, 104, for October 15, 2020. *See* Dkt. 109. The Court understands that plaintiff has challenged, at a minimum, the authenticity of the exhibits attached to the motion to dismiss filed by defendant Dow Jones & Company, Inc. *See* Dkt. 48 at 4 n.3. Plaintiff is directed to file copies of all allegedly defamatory articles referenced in his amended complaint, Dkt. 36, by close of business tomorrow, October 16, 2020.

        SO ORDERED.

                                                                       Paul A. Engelmayer
                                                                       United States District Judge

Dated: October 15, 2020
           New York, New York