UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HARVEY J. KESNER,

                       Plaintiff,             20 Civ. 3454 (PAE)

        -v-

                                                           ORDER

DOW JONES & COMPANY, INC. d/b/a BARRON'S,
WILLIAM "BILL" ALPERT, and TERI BUHL,

                       Defendants.

---

PAUL A. ENGELMAYER, District Judge:

      On January 26, 2021, the Court issued an opinion and order granting the motions to dismiss filed by Dow Jones & Company, Inc. and William Alpert. Dkt. 114. The remaining parties, plaintiff Harvey Kesner and defendant Teri Buhl, are directed to prepare a Civil Case Management Plan and Scheduling Order in accordance with the Court's Individual Rules, available at https://nysd.uscourts.gov/hon-paul-engelmayer, to be submitted to the Court no later than **February 3, 2021**. The Case Management Plan should propose a due date for fact discovery no more than four months from February 3, 2021.

      SO ORDERED.

                                                                     *Paul A. Engelmayer*
                                                                  PAUL A. ENGELMAYER
                                                                  United States District Judge

Dated: January 27, 2021
         New York, New York