UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HARVEY J. KESNER,

                              Plaintiff,

-v-

TERI BUHL,

                              Defendant.

20 Civ. 3454 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's pre-motion conference, the Court set the following schedule for defendant's forthcoming motion for summary judgment:

- Defendant's motion for summary judgment is due August 9, 2021;
- Plaintiff's opposition is due August 30, 2021; and
- Defendant's reply is due September 12, 2021.

The Clerk of Court is respectfully directed to amend the case caption to reflect the caption above.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 19, 2021
       New York, New York