UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARVEY J. KESNER, *Plaintiff*, -v- TERI BUHL, *Defendant*. | No.: 20-cv-03454 (PAE) |

# DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying: 1) Memorandum of Law in Support of Defendant's Motion for Summary Judgment; 2) Affidavit of Teri Buhl in Support of Motion for Summary Judgment, and the exhibits attached thereto; 3) Declaration of Wesley J. Paul, and the exhibits attached thereto; Defendant's Rule 56.1 Statement of Material Facts; and upon all prior proceedings, pleadings, and filings in this Action, Defendant Teri Buhl will move this Court at Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on such date and at such time as the Court may direct, for an Order granting Defendant summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for such other relief that the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, in accordance with the schedule contained in the Court's July 19, 2021 Order, Plaintiff shall file their opposition by August 30, 2021; and Defendant shall file her reply by September 12, 2021.

| | |
|---|---|
| Dated: August 09, 2021<br>New York, New York | Respectfully submitted,<br><br>*[signature]*<br>_____<br>Wesley J. Paul, Esq.<br>Everest R. Schmidt, Esq. (*pro hac vice*)<br><br>Paul Law Group, LLP<br>902 Broadway, 6th Floor<br>New York, NY 10010<br>Tel: (646) 278-9955<br>Fax: (646) 514-6829<br>wpaul@paullawgrp.com<br>*Attorneys for Defendant Teri Buhl* |