

**Wesley J. Paul**
wpaul@paullawgrp.com

**902 Broadway, FL 6**
**New York, New York 10010**

**T: 646.278.9955 | F: 646.514.6829**

**VIA ECF**  January 3, 2022

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re:  Kesner v. Buhl, 20-cv-03454 (PAE) – Rule 3(J) Letter

Dear Judge Engelmayer:

We represent Defendant Teri Buhl in the above action and write under Rule 3(J) of the Court's Individual Rules and Practices to respectfully call to the Court's attention the passage of 60 days since the full submission of Defendant's motion for summary judgment on September 12, 2021 (ECF Nos. 143-147, 150-152).

We thank the Court for its attention to this matter.

Respectfully,

**PAUL LAW GROUP, LLP**

Wesley J. Paul
*Counsel for Teri Buhl*

cc: Steven Biss, Esq. (via ECF)