**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
HARVEY J. KESNER,

                           Plaintiff,

      -against-                                       20 **CIVIL** 3454 (PAE)

                                                             **<u>JUDGMENT</u>**

TERI BUHL,

                         Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 10, 2022, Buhl's motion for summary judgment is granted and Kesner's motion to dismiss Buhl's counterclaim is granted; accordingly, the case is closed.

**Dated:**  New York, New York

       March 10, 2022

                                                                   **RUBY J. KRAJICK**

                                                                    **Clerk of Court**
                                            **BY:**      *K. Mango*

                                                                     **Deputy Clerk**